UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John McGregor and Helen McGregor,
        Plaintiffs,            ORDER FOR REASSIGNMENT
                                                         OF RELATED CASES

v.

                                                         Civil No. 09-CV-1136 ADM/JJK

Uphonor, Inc., et. al.,
        Defendants.

---

Jay Livermont and Mary Livermont,
        Plaintiffs,

v.                                                           Civil No. 11-CV-845 RHK/SER

Uphonor, Inc., et. al.,
        Defendants.

---

      Case No. 09-1136 ADM/JJK having been assigned to Judge Ann D. Montgomery and Magistrate Judge Jeffrey J. Keyes and Case No. 11-845 RHK/SER having later been assigned to Judge Richard H. Kyle and Magistrate Judge Steven Rau, and said matters being related cases,

      IT IS HEREBY ORDERED that Case No. 11-845 RHK/SER be assigned to Judge Ann D. Montgomery and Magistrate Judge Jeffrey J. Keyes, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order filed December 19, 2008.

      IT IS FINALLY ORDERED that a copy of this order shall be filed in each of the above respective files.

Dated: April 15 , 2011                                   s/ Richard H. Kyle
                                                           Richard H. Kyle
                                                           United States District Judge

Dated: April 14, 2011                                     s/Ann D. Montgomery

                                                           Ann D. Montgomery
                                                           United States District Judge